UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>1:20-mj-03477-AOR</u>

UNITED STATES OF AMERICA

v.

EDDY YAIR GONZALEZ BRAVO, et al.

Defendants.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: *Yvonne Rodriguez-Schack*
YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 794686
99 N.E. 4th Street
Miami, Florida 33132
Tel: 305.961.9014
Fax: 305.536.7213
Email: Yvonne.Rodriguez-Schack@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>EDDY YAIR GONZALEZ BRAVO,<br>BRYAN ALEXANDER BARONA MORENO and<br>JULIO CESAR MONTANO CORTES<br><br>*Defendant(s)* | Case No. 1:20-mj-03477-AOR |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __August 1, 2020__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This Criminal Complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI SA J. Chris Klettheimer
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime.

Date: 08/26/2020

_____
*Judge's signature*

City and state: Miami, Florida

Alicia M. Otazo-Reyes, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, J. Chris Klettheimer, being duly sworn, hereby depose and state the following:

1. I am employed as a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed since 2003. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. As a special agent with the FBI, I am currently assigned to the Key West Resident Agency of the FBI Miami Division and have worked numerous types of investigations throughout my career to include National Security, Transnational Organized Crime, Economic Crimes, Major Theft and Violent Crimes and Gangs.

2. This Affidavit is submitted for the limited purposes of establishing probable cause in support of a Criminal Complaint against EDDY YAIR GONZALEZ BRAVO, BRYAN ALEXANDER BARONA MORENO, and JULIO CESAR MONTANO CORTES, for violations of Title 46, United States Code, Sections 70503(a)(1) and 70506(b), that is, conspiracy to possess with intent to distribute five or more kilograms of a mixture and substance containing a detectable amount of cocaine, while on board a vessel subject to the jurisdiction of the United States. This Affidavit does not contain the details of every aspect of the investigation. Moreover, the facts and information contained in this Affidavit are based on my personal knowledge, as well as upon information received in my official capacity from other individuals.

3. On about August 1, 2020, while on patrol in the Eastern Pacific Ocean, a maritime patrol aircraft (MPA) detected a go-fast vessel (GFV) approximately 140 nautical miles northwest of Isla de Malpelo, Colombia, in international waters. United States Coast Guard (USCG) Cutter *HAMILTON* diverted to intercept. *HAMILTON* launched a helicopter, which acquired visual of the GFV and confirmed no indicia of nationality. The MPA observed three individuals on board along with packages on deck. The MPA also reported approximately 15 fuel barrels located in the center of the vessel. *HAMILTON*'s helicopter employed warning shots, which were ineffective, followed by disabling fire. The GFV came to a stop.

4. *HAMILTON*'s boarding team arrived on scene and located three individuals on board the vessel who were later identified as EDDY YAIR GONZALEZ BRAVO, BRYAN ALEXANDER BARONA MORENO, and JULIO CESAR MONTANO CORTES. GONZALEZ BRAVO identified himself as the master and made a claim of Colombian nationality for himself, his crew and the vessel. Based on the claim of Colombian nationality for the vessel, the United States contacted the Government of Colombia, which responded that it could neither confirm nor deny nationality of the vessel. Based on the Government of Colombia's response, the GFV was treated as a vessel without nationality and, therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed.

5. The USCG boarding team recovered approximately 567 kilograms of suspected cocaine from the vessel, which later field tested positive for cocaine. All three individuals, along with the 567 kilograms of suspected cocaine, were transferred to the USCG Cutter *HAMILTON*.

6. On August 26, 2020, EDDY YAIR GONZALEZ BRAVO, BRYAN ALEXANDER BARONA MORENO, and JULIO CESAR MONTANO CORTES were transported to the United

States, in the Southern District of Florida, and custody of them was turned over to United States law enforcement officers.

7. Based on the foregoing facts, I submit that probable cause exists to believe that EDDY YAIR GONZALEZ BRAVO, BRYAN ALEXANDER BARONA MORENO, and JULIO CESAR MONTANO CORTES, while on board a vessel subject to the jurisdiction of the United States, did knowingly and intentionally conspire to possess with intent to distribute a controlled substance, that is, five or more kilograms of a mixture and substance containing a detectable amount of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
J. CHRIS KLETTHEIMER
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the Affiant in accordance with the
requirements of Fed.R.Crim.P. 4.1 by FaceTime
this 26th day of August, 2020.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

3